# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

STACEY BOWEN,

          Plaintiff,

v.

UBER TECHNOLOGIES, INC.,

          Defendant.

Case No. 6:21-cv-693-PGB-DCI

## JOINT STATUS REPORT

Plaintiff Stacey Bowen and Defendant Uber Technologies, Inc. state:

1. This matter is stayed pending arbitration pursuant to this Court's June 4, 2021 Order. (Doc. 11).

2. On June 7, 2021, this Court entered a docket entry requiring the parties to file a joint status report every 90 days, beginning September 2, 2021.

3. Accordingly, the parties have filed such reports including the latest on March 1, 2023. (Doc. 20).

4. The arbitration matter remains pending under AAA Case No. 01-21-0016-0762.

5. The parties respectfully request that this matter remain stayed.

6. The parties will submit a follow-up joint status report within 90 days, on or before August 29, 2023.

1

7. The parties agree on the filing of this joint status report.

WHEREFORE, Defendant Uber Technologies, Inc. and Plaintiff Stacey Bowen respectfully request that this Court continue to stay this matter and schedule the next joint status report for August 29, 2023.

Respectfully submitted,

| | |
|---|---|
| /s/   Anitra Raiford Clement | /s/   Young B. Kim |
| Anitra Raiford Clement | Young B. Kim |
| Christopher Shand | YOUNG'S LAW FIRM, P.A. |
| SHOOK, HARDY & BACON L.L.P. | 60 East 5th Street |
| 100 North Tampa Street, Suite 2900 | Apopka, FL 32703 |
| Tampa, FL  20006 | T: 407-278-7177 |
| T: 813-202-7110 | youngbkimlaw@gmail.com |
| aclement@shb.com | ***Attorney for Plaintiff*** |
| cshand@shb.com | ***Stacey Bowen*** |
| ***Attorneys for Defendant*** | |
| ***Uber Technologies Inc.*** | |

4865-9418-4294