**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**STACEY BOWEN,**

        **Plaintiff,**

**v.**                                  **Case No: 6:21-cv-693-PGB-DCI**

**UBER TECHNOLOGIES, INC.,**

        **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Amended Notice of Resolution and Voluntary Dismissal With Prejudice, filed August 8, 2024. (Doc. 27). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Uber Technologies, Inc., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to lift the stay and to thereafter close the file.

**DONE AND ORDERED** in Orlando, Florida on August 12, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties